United States Courts
Southern District of Texas
FILED

APR 22 2021

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
Jonathan Betancourt

**CRIMINAL COMPLAINT**

Case Number: C-21-465M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 21, 2021** (Date) in **Kenedy** County, in the Southern District of Texas, defendant, **Jonathan Betancourt**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Stephanie Caligiuri**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_/s/ Stephanie Caligiuri_
Signature of Complainant
**Stephanie Caligiuri**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

April 22, 2021 at Corpus Christi, Texas
Date                                              City and State

**JASON B. LIBBY U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

## FACTS/DETAILS:

On April 21, 2021, at approximately 4:15 a.m., a white Chevrolet Silverado with three visible occupants arrived for an immigration inspection at the United States Border Patrol Checkpoint near Sarita, Texas. The agent on primary asked the driver, later identified as Jonathan BETANCOURT if he was a United States citizen and BETANCOURT confirmed that he was. The agent asked the front seat passenger, later identified as Abner Rene ALVAREZ-Duarte if he was a United States citizen and he replied he was. The agent addressed the backseat passenger, later identified as Darwin Donaldo ESCAMILLA-Linares, his place of birth, and ESCAMILLA replied "Brownsville, Texas". At this point, the agent noticed a fourth subject in the back seat of the vehicle and asked BETANCOURT to roll down the back window so the agent could speak with the subject.

BETANCOURT lowered the passenger rear window and the agent asked the subject, later identified as Edson Isai GONZALEZ-Santiago, where he was born. GONZALEZ replied without hesitation, "Here". The agent was confused and repeated the question, to which GONZALEZ replied "North". Still confused, the agent again asked GONZALEZ where he was born, and this time the driver, BETANCOURT, replied for GONZALEZ, "North". GONZALEZ was refusing to make eye-contact with the agent, who asked him one last time where he was born, and GONZALEZ responded with a mumble.

The agent referred the vehicle to secondary for further immigration inspection. Upon arriving in the secondary inspection area, the driver and front passenger were removed from the vehicle and escorted into the checkpoint. Once inside the checkpoint, the passenger confessed to being a citizen of Guatemala illegally present in the United States. At this point, the driver and front passenger were placed under arrest. The two remaining passengers also admitted to also being citizens of Guatemala illegally present in the United States and were also placed under arrest.

## MIRANDA RIGHTS WARNING:

Subjects were read their rights in their preferred language and signed accordingly that they understood their rights. BETANCOURT and ALVAREZ stated they were willing to provide a statement without a lawyer present.

## PRINCIPAL STATEMENT: (Jonathan BETANCOURT)

Jonathan BETANCOURT stated he picked up the three subjects in his vehicle earlier in the night and claimed one of the subjects was working for him. BETANCOURT stated he did not know all

of the subjects he was transporting in his vehicle were not legally present in the United States. NOTE: The white Chevrolet seized in this incident is indeed registered to BETANCOURT. When BETANCOURT was asked about a previous smuggling case from when he was a juvenile, BETANCOURT stated it was not him. BETANCOURT ceased answering the agent's questions at this point. After agents stopped the video recording and BETANCOURT was exiting the interview room, he told both agents who had interviewed him that if they let him walk, he would give them a bigger fish than him. BETANCOURT stated at least he would give them from three to eighty more subjects illegally present in the United States if the agents let him walk. It should be noted both agents in the interview room heard BETANCOURT make these statements.

**MATERIAL WITNESS STATEMENT: (Abner Rene ALVAREZ-Duarte)**

Abner Rene ALVAREZ-Duarte agreed to give a statement. However, when agents began a sworn video interview with him, ALVAREZ decided he wanted a lawyer present. Agents immediately terminated the interview.

**DISPOSITION:**

The facts of this case were presented to the Assistant United States Attorney Office who accepted Jonathan BETANCOURT for prosecution of 8 USC 1324, Alien Smuggling. Abner Rene ALVAREZ-Duarte will be held as a Material Witness.

*Stephanie Caligiuri*
Stephanie Caligiuri
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day April 22, 2021

*Jason B. Libby*
Jason B. Libby
United States Magistrate Judge